# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**COREY L. ELLIS**                                                               **PLAINTIFF**

v.                                **CASE NO. 4:22-CV-00615 JM**

**FAULKNER COUNTY JAIL,** *et al.*                                  **DEFENDANTS**

## ORDER

On July 6, 2022, this Court ordered Corey Ellis to file, within 30 days, an amended complaint and warned that failure to do so would result in the dismissal of his complaint. (Doc. 3). Ellis's mail has been returned as undeliverable. (Doc. 4). Because Ellis has neither complied with the Court's July 6th Order nor maintained an updated mailing address as required by the Local Rules, his complaint is dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal of this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 10th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE