# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**COREY L. ELLIS**                                                                              **PLAINTIFF**

**v.**                               **CASE NO. 4:22-CV-00615 JM**

**FAULKNER COUNTY JAIL,** *et al.*                                            **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 10th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE